# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# OCALA DIVISION

VINCENT SOTOMAYOR,

        Plaintiff,

v.                                   Case No. 5:23-cv-228-JRK

KILOLO KIJAKAZI,
Acting Commissioner of Social
Security,

        Defendant.
_____/

## **O R D E R**[1]

This cause is before the Court on Defendant's Unopposed Motion for Entry of Judgment With Remand (Doc. No. 25; "Motion"), filed November 29, 2023, that seeks to have this matter reversed and remanded to the Social Security Administration for further administrative proceedings. Motion at 1-2. Plaintiff has no objection to the Motion, see id. at 2, and such a disposition is clearly within the Court's authority, see Shalala v. Schaefer, 509 U.S. 292 (1993). Accordingly, it is

**ORDERED:**

1. Defendant's Unopposed Motion for Entry of Judgment With Remand (Doc. No. 25) is **GRANTED**.

---

[1] The parties consented to the exercise of jurisdiction by a United States Magistrate Judge. See Notice, Consent, and Reference of a Civil Action to a Magistrate Judge (Doc. No. 9), filed June 1, 2023; Reference Order (Doc. No. 10), entered June 2, 2023.

      2.    The Clerk of Court is directed to enter judgment **REVERSING AND REMANDING** this case pursuant to sentence four of 42 U.S.C. § 405(g) with the following instructions:

> On remand, the agency will offer Plaintiff an opportunity for a new hearing.

      3.    The Clerk is further directed to close the file.

**DONE AND ORDERED** in Jacksonville, Florida on December 4, 2023.

*James R. Klindt*
JAMES R. KLINDT
United States Magistrate Judge

kaw
Copies:
Counsel of Record